FILE COPY
ORIGINAL FILED
07 JUN -4 PM 3:12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
E-FILING
ADR

Justin Fok, Esq., CSBN 242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Wei Xiong

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## COMPLAINT

| | |
|---|---|
| **Wei Xiong** | ) Case No.: |
| | ) |
| Plaintiff, | ) **C07 02896 CRB** |
| v. | ) |
| | ) |
| **Alberto Gonzales**, United States Attorney General, United States Department of Justice; | ) PETITION FOR HEARING ON NATURALIZATION APPLICATION UNDER 8 U.S.C.§1447(b) |
| **Michael Chertoff**, Secretary, Department of Homeland Security; | ) |
| **Emilio T. Gonzalez**, Director, United States Citizenship and Immigration Services; | ) **Immigration Case** |
| **David Still**, San Francisco District Director, United States Citizenship and Immigration Services; | ) |
| **Robert S. Mueller III**, Director, Federal Bureau of Investigation | ) |
| Defendants | ) |

COME NOW, Wei Xiong, Plaintiff, in the above-styled and numbered cause, and for cause of action, would show unto the Court the following:

1. This action is brought for a hearing to decide Plaintiff's naturalization application due to Defendants' failure to adjudicate the application within 120 days after the first examination in violation of the Immigration and Nationality Act ("INA") §336(b) and 8 U.S.C.§1447(b).

Case No.:
Complaint

1

## PARTIES

2. Plaintiff, Wei Xiong, is a lawful permanent resident of the United States. Plaintiff applied for naturalization to the United States and was interviewed for his naturalization application on May 18, 2005.

3. Defendant Alberto Gonzales is the United States Attorney General and this action is brought against him in his official capacity. Defendant has the authority to administer the oath of allegiance and is the sole authority to naturalize persons as citizens of the United States.

4. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS.

5. Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS), and this action is brought against him in his official capacity. USCIS is an agency within the DHS to which DHS' authority has, in part, been delegated. Defendant Director is generally charged with the overall administration of immigration benefits and services.

6. Defendant David Still, is the San Francisco District Director of USCIS, and this action is brought against him in his official capacity. Defendant Director is the official generally charged with supervisory authority over all USCIS operations within his District. As will be shown, Defendant Director is the official with whom Plaintiff's naturalization application remains pending.

7. Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigation ("FBI"), and this action is brought against him in his official capacity. As will be shown, Defendant Director has failed to complete the security clearances ("Name Check") on Plaintiff's case.

## JURISDICTION

8. Jurisdiction in this case is proper under the INA §336(b) and 8 U.S.C. §1447(b). Relief is requested pursuant to said statutes.

Case No.:  
Complaint

**VENUE**

9. Venue is proper in this honorable court, pursuant to 8 U.S.C. §1447(b), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

10. This lawsuit should be assigned to the San Francisco or Oakland Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in Alameda County.

**CAUSE OF ACTION**

11. Plaintiff is a lawful permanent resident (A#075 834 776) of the United States. Plaintiff filed an N-400, *Application for Naturalization* ("Application"), with the USCIS California Service Center on January 06, 2005. (**EXHIBIT 1**)

12. Plaintiff appeared at the USCIS Application Support Center in Oakland to have his fingerprints taken on February 15, 2005. (**EXHIBIT 2**)

13. On May 18, 2005, Plaintiff appeared before the USCIS Oakland sub-office for the examination of his Application. Plaintiff passed the English and U.S. History and Government tests, was issued Form N-14 requesting additional information, and was informed that USCIS would send him a written decision about his application. (**EXHIBIT 3**)

14. In a letter dated May 23, 2005, Plaintiff complied with the Form N-14 request for additional information. (**EXHIBIT 4**)

15. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements.

16. Defendants, in violation of 8 U.S. C. §1447(b), have failed to make a determination on Plaintiff's naturalization application within the 120-day period after the date of examination.

**PRAYER**

17. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

(a) assume jurisdiction over this matter;

(b) should the Court deem it necessary, order that a hearing take place on this matter;

(c) review this matter de novo, and approve Plaintiff's N-400, *Application for Naturalization*; or

(d) remand the matter with specific instructions for Defendants to complete adjudication of the N-400 within 60 days of receiving the remand order.

(e) award reasonable attorney's fees and costs under the Equal Access to Justice Act;

(f) grant any other relief at law and in equity as justice may require.

Dated: June 4, 2007                                          Respectfully submitted,

                                                             Justin Fok, CSBN: 242272
                                                             Attorney for Plaintiff

**EXHIBIT LIST**

| Exhibit | Description |
|---|---|
| 1. | N-400, Application for Naturalization submitted January 06, 2005 |
| 2. | Plaintiff's fingerprint notice |
| 3. | Plaintiff's N-400 Interview Notice, form N-652 from Naturalization Interview on May 18, 2005, and form N-14 |
| 4. | Plaintiff's response to form N-14 dated May 23, 2005 |

Case No.:
Complaint

5

# Exhibit 1

**Exhibit 1**

Department of Holand Security
U.S. Citizenship and Immigration Services    I-797C, Notice of Action
Case 3:07-cv-02896-CRB    Document 1    Filed 06/04/2007    Page 7 of 16

## THE UNITED STATES OF AMERICA

| | | | NOTICE DATE |
|---|---|---|---|
| Receipt | | | January 13, 2005 |
| CASE TYPE | | | INS A# |
| N400   Application For Naturalization | | | A 075 834 776 |
| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
| WSC*001252885 | January 06, 2005 | January 06, 2005 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

WEI XIONG
c/o HELGA M CARSON
LAW OFFICE OF HELGA M CARSON
399 SHERMAN AVE STE 8
PALO ALTO CA 94306

PAYMENT INFORMATION:

Single Application Fee:    $390.00
Total Amount Received:    $390.00
Total Balance Due:    $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth: 
Address Where You Live:
   FREMONT CA 94538

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

INS Customer Service Number:
(800) 375-5283

REPRESENTATIVE COPY



WSC$001346332

Form I-797C (Rev. 08/31/04) N

# Exhibit 2

**Exhibit 2**

### THE UNITED STATES OF AMERICA

| | |
|---|---|
| Fingerprint Notification | **NOTICE DATE**<br>January 31, 2005 |
| **CASE TYPE**<br>N400    Application For Naturalization | **INS A#**<br>A 075 834 776 |
| **APPLICATION NUMBER**<br>WSC*001252885 | **RECEIVED DATE**<br>January 06, 2005 | **PRIORITY DATE**<br>January 06, 2005 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

WEI XIONG
c/o HELGA M CARSON
LAW OFFICE OF HELGA M CARSON
399 SHERMAN AVE STE 8
PALO ALTO CA 94306

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS OAKLAND<br>2040 TELEGRAPH AVE.<br>OAKLAND CA 94612 | 02/15/2005<br>12:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

---

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon        ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.        REPRESENTATIVE COPY

**APPLICATION NUMBER**
WSC*001252885

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797C (Rev. 08/31/04) N

# Exhibit 3

**Exhibit 3**

**U.S. Citizenship and Immigration Ser**

**I-797C, Notice of Action**

**THE UNITED STATES OF AMERICA**

| Request for Applicant to Appear for Naturalization Initial Interview | NOTICE DATE<br>March 02, 2005 |
|---|---|
| CASE TYPE<br>N400    Application For Naturalization | INS A#<br>A 075 834 776 |
| APPLICATION NUMBER<br>WSC*001252885 | RECEIVED DATE<br>January 06, 2005 | PRIORITY DATE<br>January 06, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
WEI XIONG
c/o HELGA M CARSON
LAW OFFICE OF HELGA M CARSON
399 SHERMAN AVE STE 8
PALO ALTO CA  94306

Please come to:
USINS OAKLAND CUSA
1301 CLAY ST
ROOM 380N
MAIN ROOM
OAKLAND CA 94612
On (Date):   Wednesday, May 18, 2005
At (Time):   10:50 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
630 SANSOME ST
SAN FRANCISCO CA 94111-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY



Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: 75 834 776

On MAY 18 _____, you were interviewed by USCIS officer RONQUILLO

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☑ Please follow the intructions on Form N-14.

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturliazation. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

MAIL DOCUMENTS/INFORMATION TO:

U.S. Citizenship and Immigration Services
1301 Clay Street, Room 380-N
Oakland, CA 94612-5217



U.S. Citizens'
and Immigration
Services

WEI XIONG

File No: A 75 834 776
Officer: Ronquillo
Date: MAY 18 2005

Examination of your application (N400) shows that additional information, documents or forms are needed before your application can be acted upon. Please **RETURN THIS LETTER WITH REQUESTED INFORMATION and/or DOCUMENTATION by:** 6/18/2005

## *Failure to do so may result in the denial of your application.*

- ☐ A **court** certified complaint, disposition, sentence, and proof of fulfillment of sentence (i.e. completion of probation, completion of community service, completion of term of imprisonment) for <u>any and all your arrests</u> even if expunged. If no record is available, submit a certified letter from the court stating there is no record.   **Do NOT submit a police clearance or a photocopy.**
- ☐ A Police clearance from all cities you have resided since _____. (Documentation must be original and/or certified by the police)
- ☐ Proof of child support (e.g. copy of canceled checks, DA letter, notarized letter from child's other parent) for your children:
  _____
- ☐ Two copies of the birth and baptismal certificates for all children (with translations, if applicable).
- ☐ Marriage certificate from all marriages <u>and/or</u> petition and final divorce decree from former spouse(s).
- ☐ Copy of first two pages of income tax returns (forms 1040 & 540) <u>and</u> W-2's for you and your spouse for tax year(s) _____
- ☐ Copies of financials statements, bank accounts, credit card and retirement accounts, mutual funds, brokerage accounts
- ☑ List of all trips from 1/1996 to PRESENT AND copies of <u>all</u> pages of your passports and/or travel documents. ONLY THE PP 3/2004 < 1/2004
- ☐ Proof of registration with the Selective Service or affidavit in regards to why you did not register for the Selective Service.
- ☐ Any proof that you have been physically present in the USA (for example: medical appointments) from _____ until today
- ☐ Other:

Please notify this office of any address changes before the final decision in your case.
Due to heavy work loads, please allow a minimum of three months past the due date noted above for a response.

Form N-14 (Rev. 9/16/97) N

# Exhibit 4

**Exhibit 4**

# Law Office of Helga M. Carson
### Practice Limited to Immigration Law

*399 Sherman Ave., Suite 8, Palo Alto, CA 94306    Tel.: 650-326-9880   Fax: 650-326-9881   E-Mail: hcarson@imm-law.com*
*Attorneys: Helga Carson   &   Karen Chow-Gregory*

---

*Via Federal Express*

May 23, 2005

U.S. Citizenship and Immigration Services
**Attn: Officer RONQUILLO**
1301 Clay Street, Room 380-N
Oakland, CA 94612-5217

    **RE: Additional Evidence**
    Applicant:    Mr. Wei XIONG
    A#:    A75 834 776
    Application:    Naturalization Application (N-400)

Dear Officer Ronquillo:

We represent the above-referenced applicant. (Please refer to G-28 in the file.)

On May 18, 2005, Mr. Xiong appeared before you for his naturalization interview. You requested that prior to June 18, 2005 that he submits the following items:

1) a list of all his trips from January 2000 to the present; and,
2) all the pages of the passport that was issued before March 2004.

Accordingly, please find enclosed a copy of the documents you have requested for your review. We kindly request for an approval of Mr. Xiong's naturalization application.

If you have any questions, please feel free to contact us by phone (650-326-9880) or by email (kchowgregory@imm-law.com).

Thank you,

Karen Chow-Gregory
Attorney of Record

Enclosures

Wei XIONG
A75 834 776
N-400
Interview Date: 05/18/2005 (Officer Ronquillo)

Trips from January 2000 to Present

| Date You Left the U.S. Date | Date You Returned to the U.S. | Did Trip Last 6 Mnths. or More? | Countries Visited | Total Days Out of the U.S. |
|---|---|---|---|---|
| 07/23/2003 | 07/26/2003 | No | Hong Kong, China | 3 |
| 08/18/2003 | 08/23/2003 | No | Japan | 5 |
| 09/08/2003 | 09/27/2003 | No | Hong Kong, China | 19 |
| 10/05/2003 | 02/28/2004 | No | Hong Kong, China | 146 |
| 03/07/2004 | 07/25/2004 | No | Hong Kong, China | 140 |
| 07/31/2004 | 12/28/2004 | No | Hong Kong, China | 150 |
| 01/08/2005 | 02/08/2005 | No | Hong Kong, China | 31 |
| 02/18/2005 | 05/16/2005 | No | Hong Kong, China | 87 |
| 05/19/2005 | | | Hong Kong | Outside US |