ORIGINAL

| | |
|---|---|
| 1 | Justin Fok, Esq., CSBN: 242272 |
| 2 | Law Offices of Jean D. Chen<br>2107 N. First Street, Suite 300 |
| 3 | San Jose, CA 95131<br>Telephone: (408) 437-1788 |
| 4 | Facsimile: (408) 437-9788 |
| 5 | Email: jfok@jclawoffice.com |
| 6 | Attorney for Plaintiff |
| 7 | Wei Xiong |

FILED

2007 JUN -4 P 3: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Wei Xiong | ) | Case No. |
| | ) | |
| Plaintiff, | ) | C07 02896 CRB |
| v. | ) | |
| | ) | |
| **Alberto Gonzales**, United States Attorney General, U.S. Department of Justice; | ) | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; | ) | |
| **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | ) | **Immigration Case** |
| **David Still**, San Francisco District Director, United States Citizenship and Immigration Services; | ) | |
| **Robert S. Mueller III**, Director of the Federal Bureau of Investigation | ) | |
| Defendants | ) | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

///

///

---

Case No.                                                    1
Certification of Interested Entities or Persons

1 | Dated: June 4, 2007

Respectfully Submitted,

Justin Fok, CSBN: 242272
Attorney for Plaintiff

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.                                              2
Certification of Interested Entities or Persons