```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-6915
        FAX: (415) 436-6927
 7

 8  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEI XIONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO GONZALES, United States Attorney General, United States Department of Justice;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,<br><br>　　　　Defendants. | No. C 07-2896 CRB<br><br>**STIPULATION TO DISMISS; AND ORDER** |

Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-2896 CRB    　　　　　　　　　　1

1 | Dated: August 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: August 13, 2007

_____/s/_____
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   08/16/07

_____
CHARLES R. BREYER
United States District Judge

*Judge Charles R. Breyer* (signature stamp)

Stipulation to Dismiss
C07-2896 CRB                                    2